**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reginald Eugene COBB, Defendant–**
**Appellant.**

**No. 07–11410**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 27, 2007.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

---

Before BLACK, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Reginald Eugene Cobb in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cobb's convictions and sentences are **AFFIRMED.**